**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00438-CV

**MARY PAT MCDOWELL, ET AL., Appellants**

**V.**

**JEFF FRITTS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08859**

## ORDER

By order dated October 3, 2012, the Court abated this appeal after being notified that appellant Mary Pat McDowell had filed a bankruptcy petition. *See* TEX. R. APP. P. 8.2. On August 15, 2013, the Court received a copy of the order from the bankruptcy court lifting the stay. Accordingly, we **REINSTATE** this appeal.

/s/    ELIZABETH LANG-MIERS
        JUSTICE